Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−26370
Chapter: 7
Judge: Donald R Cassling

In Re:
   Kaulana Mishel Pool
   23451 S Western Ave
   Park Forest, IL 60406

Social Security No.:
   xxx−xx−4615

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 619, Chicago, IL 60604

on October 30, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 5, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kaulana Mishel Pool
23451 S Western Ave
Park Forest, IL 60406
SSN: xxx−xx−4615 EIN: N.A.

Case No. :   18−26370
Chapter :    7
Judge :      Donald R Cassling

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

   The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**
· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

   Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 5, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-26370-DRC
Kaulana Mishel Pool                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kmcgee              Page 1 of 1             Date Rcvd: Oct 05, 2018
                              Form ID: ntchrgRq         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db             +Kaulana Mishel Pool,    23451 S Western Ave,    Park Forest, IL 60466-2672
27094274       ++HARRIS NA,   3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4037
                 (address filed with court:  Harris NA,    Attention Bankruptcy Department,
                 3800 West Golf Road Suite 300,    Rolling Meadows IL 60008-4037)
27094265       +Secretary of State,    213,   Springfield IL 62756-0001
27094277       ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court:  T Mobile USA,    POB 53410,    Bellevue WA 98015-3410)
27094266        Towing,   197th Pl,    Chicago Heights IL 60411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27094270       +E-mail/Text: g17768@att.com Oct 06 2018 00:55:50      AT&T,    Bankruptcy Department,
                 PO Box 769,    Arlington TX 76004-0769
27094271        E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com Oct 06 2018 00:57:08       Comcast,
                 41112 Concept Dr,    Plymouth MI 48170-4253
27094272       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 06 2018 00:57:19
                 Commonwealth Edison Co,    3 Lincoln Center,   Attn: Bankruptcy  Section,
                 Oak Brook Terrace IL 60181-4204
27094273        E-mail/Text: cio.bncmail@irs.gov Oct 06 2018 00:56:00      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,   Philadelphia PA 19101-7346
27094275       +E-mail/Text: bankrup@aglresources.com Oct 06 2018 00:55:43       NICOR Northern Illinois Gas,
                 Attention Bankruptcy & Collections,    PO Box 549,   Aurora IL 60507-0549
27094276        E-mail/Text: appebnmailbox@sprint.com Oct 06 2018 00:56:23       Sprint Nextel Correspondence,
                 Attn: Bankruptcy Dept,    POB 7949,   Overland Park KS 66207-0949
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27094267       Dept of Education
27094268       Oaks of Forest Hills Assoc
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2